UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATEASHA STUDYVENT,<br><br>           Plaintiff,<br><br>vs.<br><br>RENAL LIFE LINK, INC.<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2161-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 23rd day of January, 2018.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                          By:  s/ Harry F. Martin
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 23, 2018
James N. Hatten
Clerk of Court

By:  s/ Harry F. Martin
       Deputy Clerk